UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAYLEN MCDANIEL,

Plaintiff,

v.

WEST COUNTY DETENTION
FACILITY MEDICAL,

Defendant.

Case No. 25-cv-03669-RFL

**ORDER OF DISMISSAL**

On August 14, 2025, the Court dismissed the civil rights complaint in this case with leave to file an amended complaint within twenty-eight days. (Dkt. No. 9.) Mail sent to Plaintiff was returned as undeliverable because he had been released from custody. (Dkt. Nos. 11, 14.) On December 2, 2025, the Court updated Plaintiff's address based on an earlier filing and resent him the pertinent Court orders. Plaintiff has still not filed an amended complaint or otherwise communicated with the Court. Accordingly, this federal civil rights action is DISMISSED without prejudice for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Plaintiff may move to reopen the case. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint on this Court's form.

The Clerk shall enter judgment in favor of Defendant and close the case.

**IT IS SO ORDERED.**

Dated: January 16, 2026

RITA F. LIN
United States District Judge